UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVID URBANO,
                                 Plaintiff,

               -against-

SEABREEZE FISH MARKET INC. et al.,
                                Defendants.
------------------------------------------------------------X

24 Civ. 1031 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on May 2, 2024, the Court was informed that the parties have reached a settlement agreement in principle. It is hereby

**ORDERED** that, by **May 31, 2024**, the parties shall submit: (*i*) the settlement agreement to the Court; and (*ii*) a joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc*., 796 F.3d 199, 206 (2d Cir. 2015*), cert. denied*, 136 S. Ct. 824 (2016); *Wolinsky v. Scholastic Inc*., 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) (outlining factors district courts have used to determine whether a proposed settlement is fair and reasonable). It is further

**ORDERED** that all conferences are cancelled and any motions are **DENIED** as moot.

Dated: May 13, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**